IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 MAY 19 PM 4: 05

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JACOB ALAN BRUN,

Defendant.

8:26CR82

INDICTMENT
18 U.S.C. § 751(a)

The Grand Jury Charges:

## COUNT I

Between on or about April 18, 2026, and on or about April 21, 2026, in the District of Nebraska and elsewhere, JACOB ALAN BRUN, the defendant, did knowingly escape from an institutional facility in which he was lawfully confined at the direction of the Attorney General, by willfully failing to remain within the extended limits of his confinement in that he absconded from home confinement and failed to report to Dismas Charities Residential Reentry Center in Omaha, Nebraska, as directed, said custody and confinement being by virtue of a judgment and commitment of the United States District Court for the District of Nebraska upon a July 21, 2022 conviction for Possession of a Controlled Substance in violation of Title 21, United States Code, Section 844(a), and Possession of a Firearm by a Prohibited Person in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

In violation of Title 18, United States Code, Section 751(a).

A TRUE BILL:

_____

FOREPERSON

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

KELLI L. CERAOLO
Assistant United States Attorney